FILED
CLERK, U.S. DISTRICT COURT
4/5/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:18-cv-00530-WDK-GJS |
| Plaintiff, | ORDER RE ENTRY OF CONSENT JUDGMENT |
| vs. | |
| SATA LEE L. MELFORD aka SATA-LEE LISA MELFORD aka LISA S. BUTTERWORTH | |
| Defendant. | |

IT IS HEREBY ORDERED that all hearings if any are vacated and Consent Judgment be entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant SATA LEE L. MELFORD aka SATA-LEE LISA MELFORD aka LISA S. BUTTERWORTH, as follow:

The principal amount of $8,199.42 plus interest accrued to **February 28, 2018** in the sum of $16,150.50; with interest accruing thereafter at $**2.25** per day until entry of judgment; plus penalty/administrative charges in the amount of $6.71;

1

attorney fees in the sum of $1,019.94 and cost in the sum of $400.00 for a total of $25,776.57.

    i.    Defendant will make payments to plaintiff as follow

$ 200  down payment due on or before March 21, 2018.

Monthly payments in the amount of **$ 200**, beginning **April 21, 2018**, and at the same time thereafter until the debt is paid in full.

    ii.    Checks are to be made payable to the U.S. Department of Justice and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **1999B17747** on the face of the check.

    iii. The payment of $ **200** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

    iv.    For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of your last two earning statements.

    v. Under no circumstances, will the monthly payment be lower than $200.00 per month

    vi.    Should defendant become ten (10) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the Federal Rules of Civil Procedure and file a supplemental Bill of Costs requesting any additional cost or attorney fees.

vii. Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

viii. When the amount of the consent judgment plus the daily accrue interest is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder..

ix. This consent judgment will accrue interest at the legal rate from the date of entry until paid in full.

DATED: April 5, 2018

_____
HON. WILLIAM D. KELLER
Senior United States District Judge