*WHEN RECORDED MAIL TO:*

Goldsmith & Hull, A P.C.
Attorneys at Law
16933 Parthenia Street, Suite 110
Northridge, CA 91343

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF(S), | CV 2:18-cv-00530-WDK-GJS |
| v. | |
| SATA LEE L. MELFORD aka SATA-LEE LISA MELFORD aka LISA S.BUTTERWORTH | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 04/05/2018
in favor of UNITED STATES OF AMERICA c/o GOLDSMITH & HULL, A.P.C.
whose address is 16933 PARTHENIA STREET, SUITE 110, NORTHRIDGE,CA 91343
and against SATA LEE L. MELFORD aka SATA-LEE LISA MELFORD aka LISA S.BUTTERWORTH
whose last known address is 1515 OAK ST APT 33, South Pasadena, CA 91030
for $ 8,199.42          Principal,   $ 16,150.50          Interest,   $ 0.00credit s $400.00   Costs,
and $ 6.71admin $1,019.94    Attorney Fees.

ATTESTED this _____**16th**_____ day of _____**APRIL**_____, 20**18**.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____****-**-0679_____ (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

1515 OAK ST APT 33

South Pasadena, CA 91030

CLERK, U.S. DISTRICT COURT

By _____

Deputy Clerk

1174

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER