## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
|  | 2:18CV00530-WDK(GJSx) |
| v.  PLAINTIFF(S) |  |
| Santa Lee L. Melford | NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT |
| DEFENDANT(S) |  |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:
The title and the case number do not match.

Clerk, U. S. District Court

May 24, 2018                          By  E. Ramirez
_____                         _____
Date                                    Deputy Clerk

CV-52C (09/15)          NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

WHEN RECORDED MAIL TO:

Goldsmith & Hull, A P.C.
Attorneys at Law
16933 Parthenia Street, Suite 110
Northridge, CA 91343

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                   PLAINTIFF(S),<br>v.<br><br>DENISE A. BURBRIDGE aka DENIZ A. IRIAJEN<br><br>                                   DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:18-cv-00530-WDK-GJS<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 06/12/2017
in favor of UNITED STATES OF AMERICA c/o GOLDSMITH & HULL, A.P.C.
whose address is 16933 PARTHENIA STREET, SUITE 110, NORTHRIDGE, CA 91343
and against DENISE A. BURBRIDGE aka DENIZ A. IRIAJEN
whose last known address is 31552 Agoura Rd. #4, Westlake Village, CA 91361
for $ 6,386.51          Principal, $ 12,830.79          Interest, $ 0.00 credit s $0.00          Costs,
and $ 0.00 admin $0.00          Attorney Fees.

ATTESTED this _____ day of _____, 20__.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ****-**-5013 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

31552 Agoura Rd. #4

Westlake Village, CA 91361

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER